IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY TONY SUNDAY,             )<br>      Plaintiff,               )<br>                                 )      CIVIL ACTION NO.<br>      v.                         )        2:13cv492-MHT<br>                                 )            (WO)<br>DEPARTMENT OF HUMAN              )<br>RESOURCES and VENESSA M.         )<br>GREW MAYO-ABOYO,                 )<br>                                 )<br>      Defendants.                ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit complaining about proceedings in a state court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of September, 2013.

                                    /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**